**Order entered February 22, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00051-CV

### TIOMBE JONES-ADEGBOYEGA AND EMMANUEL ADEGBOYEGA, Appellants

### V.

### KEVIN DEFRANG, HELMET STREET FAMILY TRUST, FOERCH FAMILY TRUST, JOZEF DAVID FOERCH, & BARBARA FOERCH, Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-11117

### ORDER

Before the Court is appellants' motion, pursuant to Texas Rule of Appellate Procedure 26.3, seeking to extend the time to file their notice of appeal. The motion is misnamed "motion to extend time to file petition for review."

We **GRANT** the motion and deem the notice of appeal filed January 22, 2021 timely for jurisdictional purposes.

/s/     CRAIG SMITH
        JUSTICE